## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
District of Florida

Case Number: 20CV20147

Plaintiff:
**DOUG LONGHINI**

vs.

Defendant:
**TROPICAL PARK PLAZA LLC.**

For:
Anthony J. Perez, Esq.
GARCIA-MENOCAL & PEREZ, P.L
4937 SW 74TH COURT
SUITE 3
MIAMI, FL 33155

Received by Lindsay Legal Services, Inc on the 14th day of January, 2020 at 11:30 am to be served on **TROPICAL PARK PLAZA, LLC. C/O INT'L SUNSHINE CO. INC., ITS REGISTERED AGENT, 2307 DOUGLAS ROAD, STE 500, MIAMI, FL 33145.**

I, Roberto Lindsay, do hereby affirm that on the **15th day of January, 2020** at **1:00 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **JANETT TASE** as **FRONT DESK RECEPTIONIST** for **TROPICAL PARK PLAZA, LLC. C/O INT'L SUNSHINE CO. INC., ITS REGISTERED AGENT** at the address of: **2307 DOUGLAS ROAD, STE 500, MIAMI, FL 33145** and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing documents, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

**Roberto Lindsay**
C.P.S. 1094

**Lindsay Legal Services, Inc**
**7105 SW 8th Street**
**Suite 307**
**Miami, FL 33144**
**(305) 273-0317**

Our Job Serial Number: RLA-2020000124

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g